ACCEPTED
03-14-00525-CR
3703907
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 4:27:13 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00525-CR

| | | |
|---|---|---|
| ELIAS SHAWN BIHL | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | THIRD DISTRICT |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 4:27:13 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes ELIAS SHAWN BIHL, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 340TH Judicial District Court of TOM GREEN County, Texas.

3.     The case below was styled the   STATE OF TEXAS vs. ELIAS SHAWN BIHL, and numbered C-13-0631-SA.

4.     Appellant was convicted of Aggravated Assault with a deadly weapon, second degree felony enhanced to habitual.

5.     Appellant was assessed a sentence of Thirty (30) years confinement in the Institutional Division of the Texas Department of Criminal Justice on May 20, 2014.

6. Notice of appeal was given on August 15, 2014.

7. The clerk's record was filed on December 10, 2014; the reporter's record was filed on October 9, 2014.

8. The appellant's brief is presently due on January 9, 2015.

9. Appellant requests an extension of time of 60 days from the present date, which would make the brief due on March 10, 2015.

10. No extension to file the brief has been received in this cause.

11. Defendant is currently incarcerated.

12. Appellant relies on the following facts as good cause for the requested extension:

During the time period allotted for preparing Appellant's brief, Counsel for Appellant had a vacation letter on file for the courts that he commonly practices in, said letter is attached.

Further, Counsel for the Appellant has recently been appointed on an accelerated appeal which will involve a lengthy reporter's record. Counsel requires additional time to obtain those materials and complete Appellant's brief, and submits that a sixty (60) day extension would provide sufficient time to obtain the materials and complete the brief in this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such

other and further relief as the Court may deem appropriate.

Respectfully submitted,

Ellis & Mock, PLLC
125 South Irving Street
San Angelo, Texas 76903
Tel: (325) 486-9800
Fax: (325) 482-0565


By: /s/ Justin S. Mock
    JUSTIN S. MOCK
    State Bar No. 24064155
    Attorney for ELIAS SHAWN BIHL

CERTIFICATE OF CONFERENCE

This is to certify that on January 8, 2015, I conferred with Mr. Jason

Ferguson, Assistant District Attorney, District Attorney's Office, Tom Green

County, and he was not opposed to this request.

/s/Justin S. Mock
JUSTIN S. MOCK


CERTIFICATE OF SERVICE

This is to certify that on January 8, 2015, a true and correct copy of the

above and foregoing document was served on the District Attorney's Office, Tom

Green County, Mr. Jason Ferguson, by facsimile transmission to 325-658-6813.

/s/ Justin S. Mock
JUSTIN S. MOCK

STATE OF TEXAS

COUNTY OF TOM GREEN

AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared JUSTIN S. MOCK, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

/s/ Justin S. Mock
JUSTIN S. MOCK
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on January 8, 2015., to certify which witness my hand and seal of office.

/s/ Linda Robles
Notary Public, State of Texas

# ELLIS & MOCKPLLC

Attorneys and Counselors at Law

125 S. Irving
San Angelo, Texas 76903
Tel (325) 486-9800
Fax (325) 482-0565

Per facsimile


October 16, 2014

Tom Green County District Court Administrators
Tom Green County Courthouse
112W. Beauregard
San Angelo, Texas 76903

Re: Vacation

Dear Ladies:

Please be advised that Justin Mock will be on vacation from December 19, 2014-January 2, 2015. Please do not set any of his cases for hearing during said dates.

If you have any questions, please do not hesitate to contact us.

Thanking you for your consideration, I remain

       Sincerely,


       Linda C. Robles,
       Legal Assistant to
       Justin Mock


/kr

xc: County Court at Laws
xc: District Clerk of Runnels County
xc: County/District Clerk of Sutton County
xc: County/District Clerk of Crockett County
xc: County/District Clerk of Menard County
xc: County/District Clerk of Upton County
xc: County/District Clerk of Schleicher County
xc: District Clerk of Concho County
xc: District Clerk of Taylor County